**United States District Court**
**Northern District of New York**

# JUDGMENT IN A CIVIL CASE

**REGINA C. WILLIAMS**
                       **Plaintiff**

              **VS.**                        **5:05-CV-1047 (FJS)**

**COMMISSIONER OF SOCIAL SECURITY**

                       **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the it is ordered that the decision denying disability benefits is REVERSED and the Complaint as to Regina C. Williams is REMANDED to the Commissioner, pursuant to sentence four of 42 USC section 405(g) for further proceedings consistent with this Order. The referral of this matter to the Magistrate Judge under Local Rule 72.3 has been rescinded, therefore any appeal of this Order shall be to the Court of Appeals for the Second Circuit.

All of the above pursuant to the Memorandum-Decision & Order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 17th day of June, 2008.

| | |
|---|---|
| **JUNE 17, 2008** | **LAWRENCE K. BAERMAN** |
| **DATE** | **Clerk of Court** |
| | s/ |
| | **Joanne Bleskoski**<br>**Deputy Clerk** |